# Memorandum



| Subject: | Date: |
|---|---|
| COMPANION CASE RULE IN CRIMINAL CASES | January 16, 2013 |

| To: | From: |
|---|---|
| ROBERT D. DENNIS<br>Court Clerk | DAVID P. PETERMANN<br>AUSA |

The following cases below are all related cases and should be assigned to the same judge (U.S. Chief District Judge Vicki Miles-LaGrange):

(1)   [PREVIOUS INDICTMENT]

No. CR-12-156-M, U.S. v. Nickalos Daniels, et al.; and

[NEW INDICTMENT]

No. CR-13-06-D, U.S. v. Erick Daniels

These cases are related cases pursuant to LCrR7.1 because:

(X)   They arise out of the same transaction or series of transactions; including the same TIII wiretap calls.

(X)   They involve the same defendant(s); and

(X)   For other reasons, it would entail substantial duplication of labor if heard by different judges because:

DETAILS: All defendants listed above have been targets of an OCDETF case named "Evil Deeds." The Drug Enforcement Administration performed undercover buys through confidential informants that led to a sweep of six different search warrants and consensual encounters on the same day in two states. Quantities of cocaine, marijuana, documents, currency, and weapons were seized at various residences.

Each of the defendants in the earlier case have pled guilty to various charges and half of them are cooperating with the government which led to the charges against Erick Daniels. Several of these earlier defendants will be witnesses against Erick Daniels named in the most recent Indictment.

SANFORD C. COATS
United States Attorney

s/DAVID P. PETERMANN
DAVID P. PETERMANN
Assistant U.S. Attorney
Ohio Bar Number: 0071332
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8855 (Office)
(405) 553-8888 (Fax)
David.Petermann@usdoj.gov