**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

02.08.2013

UNITED STATES COURTHOUSE
200 N.W. 4th (Fourth & Harvey), OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 301 - 3rd Floor

**MARCH CRIMINAL TRIAL DOCKET BEFORE CHIEF JUDGE VICKI MILES-LaGRANGE**

**TUESDAY, MARCH 12, 2013**

"VALID PHOTO IDENTIFICATION IS REQUIRED TO ENTER THE FEDERAL COURTHOUSE BUILDING"

**NOTICE TO ALL COUNSEL:** Counsel are *REQUIRED* to appear at docket call at **2:00 p.m. on Wednesday, March 6, 2013**, regardless of where their case appears on the docket.

**Three copies of typewritten lists of witnesses and exhibits are to be given to the Courtroom Deputy on the first day of trial. Exhibits are to be marked numerically, prior to trial.**

| | | |
|---|---|---|
| CR-12-70-M | United States of America | Ashley Altshuler |
| | v. | |
| | Cleveland Antonio Calderon | David Slane |
| | | |
| CR-12-271-M | United States of America | Brandon Hale |
| | | Chris Stephens |
| | v. | |
| | Jack Russell Owens | David Slane |
| | | |
| CR-12-261-M | United States of America | Ashley Altshuler |
| | v. | |
| | Samuel Alphonso Nimo | Teresa Brown |

| | | |
|---|---|---|
| CR-12-295-M | United States of America | David Petermann |
| | v. | |
| | Brian William Johnson | Kevin Krahl<br>John Krahl |

| | | |
|---|---|---|
| CR-13-006-M | United States of America | David Petermann |
| | v. | |
| | Erick Dayon Daniels | Terri Coulter |